**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-00507-CMA-KLM

MONETTE ROBERTS, an Individual,

    Plaintiff,

v.

TIFFANY KOPHS, individually and in her representative capacity,
JEANETTE PATTERSON, individually and in her representative capacity, and
CHERRY CREEK SCHOOL DISTRICT NO. 5,

    Defendants.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(2) and the Stipulation of Dismissal With Prejudice (Doc. # 33), signed by the attorneys for the parties hereto, and the Court being fully advised in the premises, it is hereby

ORDERED that this cause of action and Plaintiff's claims against the Defendants are DISMISSED WITH PREJUDICE, each party to pay her or its own attorneys fees and costs as agreed between the parties.

DATED: July __14__, 2011

                        BY THE COURT:

                        _____
                        CHRISTINE M. ARGUELLO
                        United States District Court Judge